JINA CHOI (CA SBN 326935)
JChoi@mofo.com
RYAN M. KEATS (CA SBN 296463)
RKeats@mofo.com
MICHAEL KOMOROWSKI (CA SBN 323517)
MKomorowski@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant Enakshi Singh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAUNA MELLOR, derivatively on behalf of ZYMERGEN INC.,<br><br>Plaintiff,<br><br>v.<br><br>JOSH HOFFMAN, ENAKSHI SINGH, STEVEN CHU, JAY T. FLATLEY, CHRISTINE M. GORJANC, TRAVIS MURDOCH, MATTHEW A. OCKO, SANDRA E. PETERSON, ZACH SERBER, and ROHIT SHARMA,<br><br>Defendants,<br><br>and<br><br>ZYMERGEN INC.,<br><br>Nominal Defendant. | Case No. 3:21-CV-08723-VC<br><br>STIPULATION AND [PROPOSED] ORDER SUBSTITUTING COUNSEL<br><br>Court: Courtroom 5, 17th Floor<br>Judge: The Honorable Vince Chhabria |

Pursuant to Civil Local Rule 11-5 and subject to the approval by the Court, notice is hereby given that Defendant ENAKSHI SINGH substitutes the law firm of Morrison & Foerster LLP as her attorneys of record in place of the law firm Wilmer Cutler Pickering Hale and Dorr LLP in the above-captioned matter.

It is hereby requested that, effective immediately, all further pleadings, notices, and correspondence be directed to Morrison & Foerster LLP's attention at the address below:

> JINA CHOI (CA SBN 326935)
> JChoi@mofo.com
> RYAN M. KEATS (CA SBN 296463)
> RKeats@mofo.com
> MICHAEL KOMOROWSKI (CA SBN 323517)
> MKomorowski@mofo.com
> MORRISON & FOERSTER LLP
> 425 Market Street
> San Francisco, California  94105-2482
> Telephone: 415.268.7000
> Facsimile: 415.268.7522

Accordingly, Defendant Singh respectfully requests that Wilmer Cutler Pickering Hale and Dorr LLP be allowed to withdraw as counsel for Defendant Singh and that Morrison & Foerster LLP be substituted as her counsel of record.

Wilmer Cutler Pickering Hale and Dorr LLP consents to being substituted.

DATED: August 15, 2023

WILMER CUTLER PICKERING HALE AND DORR LLP

By /s/ Susan S. Muck

Susan S. Muck

Former Attorneys for Defendant *Enakshi Singh*

Morrison & Foerster LLP consents to this substitution.

DATED:  August 15, 2023

MORRISON & FOERSTER LLP

By /s/ Jina Choi

Jina Choi

Attorneys for Defendant *Enakshi Singh*

**Civil L.R. 5-1(h)(3) Attestation:**

I, Jina Choi, in compliance with Civil Local Rule 5-1(h), hereby attest that I obtained the concurrence of all of the above-listed counsel in filing this document.

Dated: August 15, 2023                    */s/ Jina Choi*
                                              Jina Choi

**[PROPOSED] ORDER**

The above substitution of counsel is hereby approved and **SO ORDERED.**

Dated:

                                              The Honorable Vince Chhabria
                                              United States District Judge