JONATHAN A. SHAPIRO (CA SBN 257199)
jshapiro@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: 415.733.6000
Facsimile: 415.677.9041

*Attorney for Defendants Jay T. Flatley,*
*Christine M. Gorjanc, Travis Murdoch,*
*Matthew A. Ocko, Steven Chu,*
*Sandra E. Peterson, Zach Serber, and*
*Rohit Sharma*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHAUNA MELLOR, derivatively on behalf of ZYMERGEN INC., | Case No. 5:21-cv-08723-PCP |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER SUBSTITUTING COUNSEL |
| vs. | |
| JOSH HOFFMAN, et al., | Court: Courtroom 8, 4th Floor |
| Individual Defendants, | Judge: The Honorable P. Casey Pitts |
| and | |
| ZYMERGEN INC., | |
| Nominal Defendant. | |

SUBSTITUTION OF COUNSEL                                    CASE NO. 5:21-CV-08723-PCP

Pursuant to Civil Local Rule 11-5 and subject to the approval by the Court, notice is hereby given that Individual Defendants JAY T. FLATLEY, CHRISTINE M. GORJANC, TRAVIS MURDOCH, MATTHEW A. OCKO, STEVEN CHU, SANDRA E. PETERSON, ZACH SERBER, AND ROHIT SHARMA substitute the law firm of Goodwin Procter LLP as their attorneys of record in place of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP in the above-captioned matter.

It is hereby requested that, effective immediately, all further pleadings, notices, and correspondence be directed to the attention of Goodwin Procter LLP at the addresses below:

> JONATHAN A. SHAPIRO (CA SBN 257199)
> jshapiro@goodwinlaw.com
> **GOODWIN PROCTER LLP**
> Three Embarcadero Center, 28th Floor
> San Francisco, California 94111
> Telephone: 415.733.6000
> Facsimile: 415.677.9041
>
> DANIEL ROESER
> droeser@goodwinlaw.com
> **GOODWIN PROCTER LLP**
> The New York Times Building
> 620 Eighth Avenue
> New York, New York 10018
> Telephone: 212.813.8800
> Facsimile: 212.355.3333

Accordingly, Defendants Jay T. Flatley, Christine M. Gorjanc, Travis Murdoch, Matthew A. Ocko, Steven Chu, Sandra E. Peterson, Zach Serber, and Rohit Sharma respectfully request that Wilmer Cutler Pickering Hale and Dorr LLP be allowed to withdraw as counsel for Defendants Jay T. Flatley, Christine M. Gorjanc, Travis Murdoch, Matthew A. Ocko, Steven Chu, Sandra E. Peterson, Zach Serber, and Rohit Sharma and that Goodwin Procter LLP be substituted as their counsel of record.

Wilmer Cutler Pickering Hale and Dorr LLP consents to being substituted.

DATED: February 1, 2024

WILMER CUTLER PICKERING HALE
AND DORR LLP

*/s/ Susan S. Muck*
Susan S. Muck

*Former Attorneys for Defendants Jay T. Flatley, Christine M. Gorjanc, Travis Murdoch, Matthew A. Ocko, Steven Chu, Sandra E. Peterson, Zach Serber, and Rohit Sharma*

Goodwin Procter LLP consents to this substitution.

DATED: February 1, 2024

GOODWIN PROCTER LLP

*/s/ Jonathan A. Shapiro*
Jonathan A. Shapiro

*Attorneys for Defendants Jay T. Flatley, Christine M. Gorjanc, Travis Murdoch, Matthew A. Ocko, Steven Chu, Sandra E. Peterson, Zach Serber, and Rohit Sharma*

**Civil L.R. 5-1(h)(3) Attestation:**

I, Jonathan A. Shapiro, in compliance with Civil Local Rule 5-1(h), hereby attest that I obtained the concurrence of all of the above-listed counsel in filing this document.

DATED: February 1, 2024                                    */s/ Jonathan A. Shapiro*
                                                                        Jonathan A. Shapiro

**[PROPOSED] ORDER**

The above substitution of counsel is hereby approved and **SO ORDERED.**

DATED:

_____
The Honorable P. Casey Pitts
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the clerk of the court for the United States District Court for the Northern District of California by using the CM/ECF system on February 1, 2024.  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system. I certify under penalty of perjury that the foregoing is true and correct.

Executed:  February 1, 2024            /s/ Kane Tien