| | |
|---|---|
| 1 | MILES EHRLICH (CA SBN 237954) |
|   | miles@ehrlich-craig.com |
| 2 | AMY CRAIG (CA SBN 269339) |
|   | amy@ehrlich-craig.com |
| 3 | KATHARINE KATES (CA SBN 155534) |
|   | katharine@ehrlich-craig.com |
| 4 | EHRLICH & CRAIG LLP |
|   | 803 Hearst Ave. |
| 5 | Berkeley, California 94710 |
|   | Telephone: 510.548.3600 |
| 6 | Facsimile: 510.291.3060 |

Attorneys for Defendant Josh Hoffman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHAUNA MELLOR, derivatively on behalf of ZYMERGEN INC., | Case No. 5:21-cv-08723-VC |
| Plaintiff, | NOTICE OF CHANGE IN COUNSEL |
| vs. | Court: Courtroom 8, 4th Floor |
| JOSH HOFFMAN, et al., | Judge: The Honorable P. Casey Pitts |
| Individual Defendants, | |
| and | |
| ZYMERGEN INC., | |
| Nominal Defendant. | |

1  TO THE CLERK OF THIS COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Katharine Kates, of the law firm Ehrlich & Craig LLP, hereby withdraws as counsel of record for Defendant Josh Hoffman. As of today's date, Ms. Kates is no longer with the firm. Accordingly, please remove Ms. Kates's name from the case docket and terminate all CM/ECF notices to her in this matter.

Defendant Josh Hoffman will continue to be represented by all other attorneys of record of the law firm of Ehrlich & Craig LLP.

DATED: February 5, 2024         EHRLICH & CRAIG LLP

                               */s/ Katharine Kates*
                               Katharine Kates
                               Attorneys for Defendant Josh Hoffman