| | |
|---|---|
| 1 | MILES EHRLICH (CA SBN 237954) |
| | miles@ehrlich-craig.com |
| 2 | AMY CRAIG (CA SBN 269339) |
| | amy@ehrlich-craig.com |
| 3 | EMILY BERRY (CA SBN 248008) |
| | emily@ehrlich-craig.com |
| 4 | EHRLICH & CRAIG LLP |
| | 803 Hearst Ave. |
| 5 | Berkeley, California 94710 |
| | Telephone: 510.548.3600 |
| 6 | Facsimile: 510.291.3060 |

Attorneys for Defendant Josh Hoffman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHAUNA MELLOR, derivatively on behalf of ZYMERGEN INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOSH HOFFMAN, et al., <br><br> Individual Defendants, <br><br> and <br><br> ZYMERGEN INC., <br><br> Nominal Defendant. | Case No. 5:21-cv-08723-PCP <br><br> **NOTICE OF APPEARANCE OF COUNSEL BY EMILY BERRY FOR DEFENDANT JOSH HOFFMAN** <br><br> Court: Courtroom 8, 4th Floor <br> Judge: The Honorable P. Casey Pitts |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Emily Berry of Ehrlich & Craig LLP hereby enters her appearance as counsel of record on behalf of defendant Josh Hoffman in the above-captioned matter, *Shauna Mellor, on behalf of Zymergen, Inc. v. Josh Hoffman et al. and Zymergen, Inc.,* Case No. 5:21-cv-08723-PCP.

Ms. Berry is admitted to practice in the State of California and before this Court. Mr. Hoffman requests that all notices given or required to be given and all papers filed or

served or required to be served in the above-captioned matter be directed and served upon counsel at the addresses below:

>EMILY BERRY (Bar No. 248008)
>emily@ehrlich-craig.com
>EHRLICH & CRAIG LLP
>803 Hearst Avenue
>Berkeley, CA 94710
>(510) 548-3600 (Tel)
>(510) 291-3060 (Fax)

This notice does not waive any substantive or procedural defenses in this action.

Dated: February 12, 2024                              Respectfully Submitted,

                                                      */s/ Emily Berry*
                                                      Emily Berry
                                                      EHRLICH & CRAIG LLP
                                                      *Attorneys for Defendant Josh Hoffman*